**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7424**

JEOVANNY D. RODRIGUEZ-PORRAS,

Plaintiff - Appellant,

v.

MARK FLEMING, Interim Warden; MR. SHERMAN, Assistant Unit Manager, Blue Unit; MR. SMITH, Unit Manager, Blue Unit; DR. CASINO, Doctors Supervisor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03328-D-RJ)

Submitted:  March 21, 2023                                    Decided:  March 24, 2023

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeovanny D. Rodriguez-Porras, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeovanny D. Rodriguez-Porras appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint as frivolous under 28 U.S.C. § 1915A(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Rodriguez-Porras v. Fleming*, No. 5:22-ct-03328-D-RJ (E.D.N.C. Nov. 18, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*